[No. 36602-9-II. Division Two. April 21, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON A. SWAN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-02947-3, Vicki L. Hogan, J., entered July 13, 2007. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, A.C.J., and Bridgewater, J.

[No. 36807-2-II. Division Two. April 21, 2009.]

*In the Matter of the Marriage of* KIMBERLY S. ESSER, *Respondent*, and RONALD K. BOBBITT, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 01-3-03636-9, John A. McCarthy, J., entered August 31, 2007. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, A.C.J., and Bridgewater, J.

[No. 36946-0-II. Division Two. April 21, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID CALDWELL OSTERHOUDT, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 07-1-00082-6, Theodore F. Spearman, J., entered July 6, 2007. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Armstrong, JJ.

[No. 37130-8-II. Division Two. April 21, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. TAMMY BABBETTE RICKER, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 06-1-01926-5, Anne Hirsch, J., entered November 27, 2007. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Penoyar, A.C.J., and Armstrong, J.